Jason Theodore Soller (SBN 306137)
**OPEN ACCESS LAW, APC**
5815 W. Sunset Blvd., Ste. 206
Los Angeles, CA 90028
cm@oaxlaw.com
Phone: (213) 401-4114

*Attorneys for Plaintiff, MARCO RUIZ*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **MARCO RUIZ**, <br><br> Plaintiff, <br><br> vs. <br><br> **R&J PIZZA INC; KAREN MORAD**; and DOES 1 to 10, <br><br> Defendants. | **Case No.: 8:26-cv-00357-MRA (ADSx)** <br><br> **NOTICE OF SETTLEMENT OF ENTIRE CASE** |

Notice is hereby given that Plaintiff MARCO RUIZ ("Plaintiff") and Defendants have settled the above-captioned matter as to the entire case.  Parties request that the Court grant thirty (30) days from the date of this filing for Plaintiff to file dispositional documents in order to afford Parties time to complete settlement.

DATED:  March 27, 2026          **OPEN ACCESS LAW, APC**


_____/s/ Jason Theodore Soller_
Jason Theodore Soller, Esq.
Attorney for Plaintiff

NOTICE OF SETTLEMENT OF ENTIRE CASE